**Fill in this information to identify the case**

Debtor 1 __Reynaldo C. Dubois__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __NORTHERN__ District of __IL__
                                                                 (State)

Case number  __13-28043__

# Form  4100R
## Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:    Mortgage Information

**Name of creditor:** U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

**Last 4 digits** of any number you use to identify the debtor's account:   1790

**Property address:**  862 W Chesapeake Tr
                       Number        Street

Round Lake Heights  IL  60073
City                     State     Zip Code

**Court claim no.** (if known):

N/A

## Part 2:    Prepetition Default Payments

*Check one:*

☒  Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

## Part 3:    Postpetition Mortgage Payment

*Check one:*

☐  Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
The next postpetition payment from the debtor(s) is due on:        ____/____/_____
                                                                    MM/DD/YYYY

☒  Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                        (a) $83,054.64

b.  Total fees, charges, expenses, escrow, and costs outstanding:                   (b) $-1,570.36

c.  Total. Add lines a and b.                                                       (c) $81,484.28

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:   05/01/14
                                                                     MM/DD/YYYY

Form 4100R                    **Response to Notice of Final Cure Payment**                    page **1**

17-004126_MAR1

Debtor 1 __Reynaldo C. Dubois__    Case number (if known) __13-28043__
    First Name   Middle Name   Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X __/s/ Sarah E. Barngrover__    Date __May 11, 2017__
  Signature

Print:    __Sarah E. Barngrover (28840-64)__    Title   __Attorneys for Creditor__

Company    __Manley Deas Kochalski LLC__

Address    __P.O. Box 165028__
    Number    Street

    __Columbus OH  43216-5028__
    City    State    ZIP Code

Contact phone __614-220-5611__    Email  __tjruchman@manleydeas.com__

17-004126_MAR1

## Exhibit B: Schedule of Amounts Outstanding Post-Petition Claim

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Advertisement costs | | (5) | $ |
| 6. | Sheriff/auctioneer fees | | (6) | $ |
| 7. | Title costs | | (7) | $ |
| 8. | Recording fees | | (8) | $ |
| 9. | Appraisal/broker's price opinion fees | | (9) | $ |
| 10. | Property inspection fees | | (10) | $ |
| 11. | Tax advances (non-escrow) | | (11) | $ |
| 12. | Insurance advances (non-escrow) | | (12) | $ |
| 13. | Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ |
| 14. | Property preservation expenses. Specify: _____ | | (14) | $ |
| 15. | payments at $2,244.72 each | 5/1/2014 – 5/1/2017 | (15) | $ 83,054.64 |
| 16. | Payments at | | (16) | $ |
| 17. | payments at | | (17) | $ |
| 18. | Other. Specify: Suspense Credit | | (18) | $ -1,570.36 |
| 19. | Other. Specify: | | (19) | $ |
| 20. | Other. Specify: _____ | | (20) | $ |
| | Total postpetition fees, expenses, and charges. Add all of the amounts listed above. | | (21) | $ 81,484.28 |

17-004126_MAR1

| Loan | | | | | | |
|---|---|---|---|---|---|---|
| BK Case | 13-28043 | | | \* If prior than 12/2011 payment changes | | |
| Filing Date | 7/12/2013 | | | were not required to be filed with the | | |
| First Post pet date | 8/1/2013 | | | courts or with Proof of claim | | |
| Pmt Change Filed | | Effective | Amount | | | |
| POC pmt Filed | | 8/1/2013 | $ 1,489.91 | | | |
| Pmt Change Filed | | | | | | |
| Pmt Change Filed | | | | | | |
| Pmt Change Filed | | | | | | |
| Pmt Change Filed | | | | | | |
| Pmt Change Filed | | | | | | |
| Pmt Change Filed | | | | | | |
| Pmt Change Filed | | | | | | |
| Date Rcvd | Amount | | | Amount Due | Due Date | Suspense |
| 8/16/2013 | $ 1,589.95 | | | | | $1,589.95 |
| 10/7/2013 | $ 1,489.95 | | | $ 2,244.72 | 3/1/2014 | $835.18 |
| 11/1/2013 | $ 1,489.95 | | | $ 2,244.72 | 4/1/2014 | $80.41 |
| 12/11/2013 | $ 1,489.95 | | | | | $1,570.36 |
| | | | *Due* | $ 2,244.72 | 5/1/2014 | -$674.36 |
| | | | | $ 2,244.72 | 6/1/2014 | -$2,919.08 |
| | | | | $ 2,244.72 | 7/1/2014 | -$5,163.80 |
| | | | | $ 2,244.72 | 8/1/2014 | -$7,408.52 |
| | | | | $ 2,244.72 | 9/1/2014 | -$9,653.24 |
| | | | | $ 2,244.72 | 10/1/2014 | -$11,897.96 |
| | | | | $ 2,244.72 | 11/1/2014 | -$14,142.68 |
| | | | | $ 2,244.72 | 12/1/2014 | -$16,387.40 |
| | | | | $ 2,244.72 | 1/1/2015 | -$18,632.12 |
| | | | | $ 2,244.72 | 2/1/2015 | -$20,876.84 |
| | | | | $ 2,244.72 | 3/1/2015 | -$23,121.56 |
| | | | | $ 2,244.72 | 4/1/2015 | -$25,366.28 |
| | | | | $ 2,244.72 | 5/1/2015 | -$27,611.00 |
| | | | | $ 2,244.72 | 6/1/2015 | -$29,855.72 |
| | | | | $ 2,244.72 | 7/1/2015 | -$32,100.44 |
| | | | | $ 2,244.72 | 8/1/2015 | -$34,345.16 |
| | | | | $ 2,244.72 | 9/1/2015 | -$36,589.88 |
| | | | | $ 2,244.72 | 10/1/2015 | -$38,834.60 |
| | | | | $ 2,244.72 | 11/1/2015 | -$41,079.32 |
| | | | | $ 2,244.72 | 12/1/2015 | -$43,324.04 |
| | | | | $ 2,244.72 | 1/1/2016 | -$45,568.76 |
| | | | | $ 2,244.72 | 2/1/2016 | -$47,813.48 |
| | | | | $ 2,244.72 | 3/1/2016 | -$50,058.20 |
| | | | | $ 2,244.72 | 4/1/2016 | -$52,302.92 |
| | | | | $ 2,244.72 | 5/1/2016 | -$54,547.64 |
| | | | | $ 2,244.72 | 6/1/2016 | -$56,792.36 |
| | | | | $ 2,244.72 | 7/1/2016 | -$59,037.08 |
| | | | | $ 2,244.72 | 8/1/2016 | -$61,281.80 |
| | | | | $ 2,244.72 | 9/1/2016 | -$63,526.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | $ | 2,244.72 | 10/1/2016 | -$65,771.24 |
| | | | | $ | 2,244.72 | 11/1/2016 | -$68,015.96 |
| | | | | $ | 2,244.72 | 12/1/2016 | -$70,260.68 |
| | | | | $ | 2,244.72 | 1/1/2017 | -$72,505.40 |
| | | | | $ | 2,244.72 | 2/1/2017 | -$74,750.12 |
| | | | | $ | 2,244.72 | 3/1/2017 | -$76,994.84 |
| | | | | $ | 2,244.72 | 4/1/2017 | -$79,239.56 |
| | | | | $ | 2,244.72 | 5/1/2017 | -$81,484.28 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532, mcguckin_m@lislel3.com

Kenneth S Borcia, Attorney for Reynaldo C. Dubois, Kenneth Borcia & Associates, P.O Box 447, Libertyville, IL 60048, support@borcia.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May  11, 2017:

Reynaldo C. Dubois and Evelyn Dubois, 862 Chesapeake Trail, Round Lake Heights, IL 60073

Reynaldo C. Dubois and Evelyn Dubois, 862 W Chesapeake Tr, Round Lake Heights, IL 60073

/s/ Sarah E. Barngrover

17-004126_MAR1